Stephen E. Carroll, #116333  
McCormick, Barstow, Sheppard, Wayte & Carruth LLP  
5 River Park Place East  
Fresno, CA 93720-1501  
Telephone:     (559) 433-1300  
Facsimile:     (559) 433-2300  

(SPACE BELOW FOR FILING STAMP ONLY)

Mark E. Kogan, #10186  
Christopher N. Jones, #81757  
Satzberg, Trichon, Kogan & Wertheimer, P.C.  
1818 Market St., 30th Floor  
Philadelphia, PA 19103  
Telephone:     (215) 575-7600  
Facsimile:     (215) 575-7688  

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| FLAGSHIP WEST, LLC, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>EXCEL REALTY PARTNERS, L.P., *et al.*,<br><br>    Defendants. | Case No.  CIV-F-02 5200 OWW<br><br>**STIPULATION AND ORDER RESCHEDULING HEARING DATE**<br><br>Date:   November 1, 2005<br>Time:   9:00 a.m.<br>Judge:  The Honorable Oliver W. Wanger |

Plaintiffs, Flagship West, LLC, Marvin G. Reiche, and Kathleen Reiche and Defendants, Excel Realty Partners, L.P. and New Plan Excel Realty Trust, Inc., through counsel, hereby stipulate and agree, subject to the approval of the Court, that the post-trial hearing set for November 1, 2005 be rescheduled to December 12, 2005 at 9:00 a.m.

Dated: October 21, 2005

***

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| LAW OFFICES OF WHITNEY F. WASHBURN | KOGAN, TRICHON & WERTHEIMER, P.C. |
| By:   \s\ Whitney F. Washburn<br>Whitney F. Washburn<br>Attorney for Plaintiffs | By:   \s\ Mark E. Kogan<br>Mark E. Kogan<br>Attorney for Defendants |

**ORDER**

Good cause appearing therefore, IT IS SO ORDERED.

Dated:  October _25, 2005

By:__/s/ OLIVER W. WANGER_____

The Honorable Oliver W. Wanger

879027.v1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST

PDF created with pdfFactory trial version www.pdffactory.com