Stephen E. Carroll, #116333   (SPACE BELOW FOR FILING STAMP ONLY)
McCormick, Barstow, Sheppard, Wayte & Carruth LLP
5 River Park Place East
Fresno, CA  93720-1501
Telephone:   (559) 433-1300
Facsimile:    (559) 433-2300

Mark E. Kogan, #10186
Christopher N. Jones, #81757
Kogan, Trichon, & Wertheimer, P.C.
1818 Market St., 30th Floor
Philadelphia, PA  19103
Telephone:   (215) 575-7600
Facsimile:    (215) 575-7688

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| FLAGSHIP WEST, LLC, a California limited liability company, MARVIN G. REICHE, and KATHLEEN REICHE,<br><br>Plaintiffs,<br><br>v.<br><br>EXCEL REALTY PARTNERS, L.P., a Delaware limited partnership, NEW PLAN EXCEL REALTY TRUST, INC., a Maryland corporation, et al,<br><br>Defendants. | Case No.  1:02-CV-05200 OWW DLB<br><br>**ORDER ON EX PARTE MOTION FOR ENLARGEMENT OF TIME (FED. R. CIV. P. 6(b).)** |

On December 21, 2006, EXCEL REALTY PARTNERS, L.P., ("EXCEL") moved this Court ex parte, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for an enlargement of the time in which to serve and file its pleadings in support of its post-trial motions pursuant to Federal Rules of Civil Procedure, Rule 59.  Said motion was made within the time prescribed for the service and filing of the pleadings in support of post-trial motions pursuant to Rule 59 of the Federal Rules of Civil Procedure and good cause was shown for the enlargement of time.

Therefore, IT IS ORDERED that:

PDF created with pdfFactory trial version www.pdffactory.com

1. The Motion is granted; and

2. EXCEL shall have until January 15, 2007(OWW), within which to serve and file its pleadings in support of any post-trial motions filed by EXCEL pursuant to Rule 59 of the Federal Rules of Civil Procedure, including but not limited to citations to the record, supporting affidavits and supporting briefs. **NO FURTHER EXTENSIONS WILL BE GRANTED (OWW)**

Dated:  12/21/06

/s/ Oliver W. Wanger
HON. OLIVER W. WANGER

1043590.v1

PDF created with pdfFactory trial version www.pdffactory.com