1  TRAINOR FAIRBROOK
   JOHN D. FAIRBROOK (SBN 105115)
2  ARTHUR B. MARK III (SBN 220865)
   980 Fulton Avenue
3  Sacramento, California  95825
   Telephone:  (916) 929-7000
4  Facsimile:  (916) 929-7111
   dmk:3807001.501622.1
5
   LAW OFFICES OF WHITNEY F. WASHBURN
6  WHITNEY F. WASHBURN (SBN 106461)
   11341 Gold Express Drive, Suite110
7  Gold River, California 95670
   Telephone: (916) 638-8800
8  Facsimile: (916) 638-7068

9  Attorneys for Plaintiffs
   FLAGSHIP WEST, LLC, MARVIN G. REICHE
10 and KATHLEEN REICHE

11                    UNITED STATES DISTRICT COURT

12                 EASTERN DISTRICT OF CALIFORNIA (FRESNO)

13

| 14 | FLAGSHIP WEST, LLC, a California limited liability company, MARVIN G. REICHE, and KATHLEEN REICHE, | Case No. 02-CV-5200 OWW DLB |
|----|---|---|
| 15 | | **AMENDED JUDGMENT** |
| 16 | Plaintiffs, | |
| 17 | v. | The Honorable Oliver W. Wanger |
| 18 | EXCEL REALTY PARTNERS, L.P., a Delaware limited partnership, NEW PLAN EXCEL REALTY TRUST, INC., a Maryland corporation, THE MONEY STORE COMMERCIAL MORTGAGE, INC., a corporation, FIRST UNION SMALL BUSINESS CAPITAL, a North Carolina corporation, and DOES 1 through 50, inclusive,, | Trial Date:         November 12, 2003 |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | Defendants. | |

24

25

26

27

28

**AMENDED JUDGMENT** [02-CV-5200 OWW DLB]

PDF created with pdfFactory trial version www.pdffactory.com

On December 3, 2003, a jury returned verdicts in favor of Plaintiffs, awarding Plaintiffs $1,480,740 in contract damages. Plaintiffs then elected the remedy of rescission and consequential damages. The district court determined in its Memorandum Decision and Order Re: Post-Trial Election of Remedies, dated September 30, 2005, that Plaintiffs were entitled to rescission and consequential damages, the amount of which is set forth in the district court's Memorandum Decision Re: Rescission Damages and Availability of Prejudgment Interest, dated November 14, 2006, and previous orders. On May 30, 2007, the Court entered its Order granting in part and denying in part EXCEL REALTY PARTNERS, L.P.'s Renewed Motion for Judgment as a Matter of Law and Motion to Alter or Amend Judgment and amending Paragraph 2 of the Judgment entered on December 14, 2006.

JUDGMENT IS ENTERED AS FOLLOWS:

1. The Ground Lease ("Lease") entered into between Plaintiffs and Defendant, EXCEL REALTY PARTNERS L.P., (attached as Exhibit B to Plaintiffs' Second Amended Complaint), signed by the individual Plaintiffs as guarantors in their individual capacities to pay rent and perform all covenants is rescinded from its date of execution, and such Lease shall have no future force and effect, as if all Plaintiffs and Defendants had not entered into and executed the Lease;

2. Plaintiffs FLAGSHIP WEST, LLC, MARVIN G. REICHE, and KATHLEEN REICHE, and each of them, are awarded $2,590,406 for damages in rescission and consequential damages resulting from Defendants' breach of contract, minus credits due Defendants in the amount of $455,976, and therefore shall recover from Defendants, EXCEL REALTY PARTNERS L.P., in the amount of $2,134,430.

3. Judgment as a matter of law was entered in favor of defendant NEW PLAN EXCEL REALTY TRUST, INC., and against Plaintiffs, on November 23, 2003;

4. Plaintiffs shall recover their costs as allowed by law upon filing of a Cost Bill as provided in Rule 54-292 of this Court;

/////

/////

TRAINOR FAIRBROOK
Attorneys At Law
980 FULTON AVENUE
SACRAMENTO, CALIFORNIA 95825-4558
Telephone: (916) 929-7000
Facsimile: (916) 929-7111

PDF created with pdfFactory trial version www.pdffactory.com

5. Any motion for attorney's fees shall be filed as provided in Local Rule 54-293 of this court.

**IT IS SO ORDERED**

Dated: ____6/15/2007____          /s/ Oliver W. Wanger_____
                                  HON. OLIVER W. WAGNER
                                  UNITED STATES DISTRICT JUDGE

TRAINOR FAIRBROOK
Attorneys At Law
980 FULTON AVENUE
SACRAMENTO, CALIFORNIA 95825-4558
Telephone: (916) 929-7000
Facsimile: (916) 929-7111

**AMENDED JUDGMENT [CV- F-02-5200 OWW DLB]**            -2-

PDF created with pdfFactory trial version www.pdffactory.com