Stephen E. Carroll, #116333
McCormick, Barstow, Sheppard, Wayte & Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

Mark E. Kogan, #10186
Christopher N. Jones, #81757
Kogan, Trichon, & Wertheimer, P.C.
1818 Market St., 30th Floor
Philadelphia, PA 19103
Telephone: (215) 575-7600
Facsimile: (215) 575-7688

Mark H. Epstein, #121436
Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendant EXCEL REALTY PARTNERS, L.P.

(SPACE BELOW FOR FILING STAMP ONLY)

FILED

AUG 2 9 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| FLAGSHIP WEST, LLC, a California limited liability company, MARVIN G. REICHE, and KATHLEEN REICHE,<br><br>Plaintiffs,<br><br>v.<br><br>EXCEL REALTY PARTNERS, L.P., a Delaware limited partnership, NEW PLAN EXCEL REALTY TRUST, INC., a Maryland corporation, et al,<br><br>Defendants. | Case No. 1:02-CV-05200 OWW<br><br>**STIPULATED ORDER APPROVING DEPOSIT OF LETTER OF CREDIT IN LIEU OF SUPERSEDEAS BOND AND STAYING ENFORCEMENT [FED.R.CIV.P. 62(d)]** |

On June 26, 2007, EXCEL REALTY PARTNERS, L.P., ("EXCEL"), appealed the Judgment of this Court entered on December 14, 2006 and the Amended Judgment entered on June 15, 2007 (collectively "Amended Judgment"). On July 16, 2007, EXCEL sought a stay of execution on and enforcement of the Amended Judgment pending appeal and sought approval to

deliver to Plaintiffs' counsel a Letter of Credit in the sum of $3,775,000 in lieu of a supersedeas bond.

Having duly considered the matter, IT IS ORDERED that:

1. EXCEL shall deliver to Plaintiffs' counsel an irrevocable letter of credit from Bank of America, N.A. in the amount of $3,775,000.00 ("Letter of Credit");

2. The Letter of Credit is approved in lieu and instead of the supersedeas bond referenced in Rule 62(d) of the Federal Rules of Civil Procedure to stay execution and enforcement of the Amended Judgment;

3. Upon delivery of the original Letter of Credit to Plaintiffs' counsel, any proceedings to execute on or enforce the Amended Judgment are stayed pending the determination of EXCEL's appeal from the Amended Judgment;

4. Plaintiffs may draw on the Letter of Credit in the amount of the final judgment, any interest accruing on the final judgment at the rate of 4.98% per annum, from and after June 15, 2007, to be compounded annually, plus any attorneys' fees and costs awarded to the Plaintiffs, thirty (30) days following:

    a. Entry of final judgment by The United States Court of Appeals for the Ninth Circuit ("Ninth Circuit") affirming the Amended Judgment in full or in part without remand;

    b. Entry of final judgment by the Ninth Circuit modifying the Amended Judgment;

    c. Dismissal of all appeals by the Ninth Circuit, either voluntarily or involuntarily with no appeal thereafter filed; or

    d. Remand by the Ninth Circuit to the United States District Court for the Eastern District of California and entry of final judgment therein with no appeal thereafter filed;

5. Pursuant to the terms of the Letter of Credit, if Bank of America, N.A. intends to cancel or not renew the Letter of Credit, Plaintiffs shall receive at least thirty days notice of such intention prior to cancellation or non-renewal, during which time EXCEL may obtain a substitute letter of credit or a supersedeas bond, or a cash bond on the same terms as the Letter of Credit and for an amount no less than the Letter of Credit. Upon cancellation or non-renewal of the Letter of Credit, the stay of execution hereby entered will be vacated, unless EXCEL has obtained

STIPULATED ORDER APPROVING STAY ON LETTER OF CREDIT IN LIEU OF SUPERSEDEAS BOND

KOGAN, TRICHON & WERTHEIMER, P.C.
1818 Market Street, 30th Floor
Philadelphia, PA 19103-3699

1 | substitute security, as set forth in this paragraph.

2 |     6.    If the Amended Judgment is reversed in full on appeal, or if EXCEL fully satisfies and obtains a satisfaction of judgment from Plaintiffs, the Letter of Credit shall be returned to EXCEL.

        IT IS SO ORDERED.

By: _____
      UNITED STATES DISTRICT JUDGE

Dated: 8-29-07