TRAINOR FAIRBROOK
JOHN D. FAIRBROOK (SBN 105115)
ARTHUR B. MARK III (SBN 220865)
980 Fulton Avenue
Sacramento, California  95825
Telephone:  (916) 929-7000
Facsimile:  (916) 929-7111
wms:3807001.518506.1

Attorneys for Plaintiffs
FLAGSHIP WEST, LLC, MARVIN G. REICHE
and KATHLEEN REICHE

KOGAN, TRICHON & WERTHEIMER
CHRISTOPHER N. JONES, ESQ.
1818 Market Street, 30th Floor
Philadelphia, PA 19103-3699
Telephone:  (215) 575-7600
Facsimile:  (215) 575-7688

Attorneys for Defendant NEW PLAN EXCEL
REALTY TRUST, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (FRESNO)

| | |
|---|---|
| FLAGSHIP WEST, LLC, a California limited liability company, MARVIN G. REICHE, and KATHLEEN REICHE,<br><br>Plaintiffs,<br><br>v.<br><br>EXCEL REALTY PARTNERS, L.P., a Delaware limited partnership, NEW PLAN EXCEL REALTY TRUST, INC., a Maryland corporation, THE MONEY STORE COMMERCIAL MORTGAGE, INC., a corporation, FIRST UNION SMALL BUSINESS CAPITAL, a North Carolina corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 02-5200 OWW DLB<br><br>**STIPULATION AND ORDER RE PENDING MOTIONS FOR ATTORNEYS' FEES**<br><br><br><br>Judge:    Honorable Oliver W. Wanger |

**STIPULATION AND [PROPOSED] ORDER RE PENDING MOTIONS FOR ATTORNEYS' FEES** -1-

PDF created with pdfFactory trial version www.pdffactory.com

1  Plaintiffs and Defendant NEW PLAN EXCEL REALTY TRUST INC., ("NEW PLAN")
2  having filed their respective Motions for Attorneys' Fees in this matter, the Court having vacated
3  hearing on the Motions for Attorneys' Fees on its own motion on February 16, 2007, and
4  pursuant to the court's directions that briefing now be completed and a hearing date be set, the
5  parties hereby stipulate through their respective counsels of record as follows:

6  1. The parties' respective oppositions to the Motions for Attorneys' Fees will be due on
7  September 17, 2007.  This includes any supplemental opposition that Plaintiffs may wish to
8  submit, given that their initial opposition to Defendant's NEW PLAN'S Motion was filed and
9  served on February 16, 2007, before Plaintiffs received the court's order continuing the hearing
10  on the motions.

11  2. The parties' reply briefs will be due on October 2, 2007.

12  3. The hearing on the parties' Motions for Attorneys' fees will be held on October 22,
13  2007 at 10:00 a.m.  No Amended Notice of Motion will be required of either party.

Dated:  September 5, 2007        Respectfully submitted,

TRAINOR FAIRBROOK


By:  _____/s/  Arthur B. Mark III_____
ARTHUR B MARK III, Attorneys for
Plaintiffs FLAGSHIP WEST, LLC,
MARVIN G. REICHE and KATHLEEN
REICHE


Dated:  September 5, 2007        Respectfully submitted,

SATZBERG, TRICHON, KROGAN &
WERTHEIMER, P.C.


By:  _____/s/  Christopher N. Jones_____
CHRISTOPHER N. JONES, Attorneys for
Defendants NEW PLAN EXCEL
REALTY TRUST, INC.

**STIPULATION AND [PROPOSED] ORDER RE PENDING MOTIONS FOR ATTORNEYS' FEES**                                      -2-

TRAINOR FAIRBROOK
Attorneys At Law
980 Fulton Avenue
SACRAMENTO, CALIFORNIA 95825
Telephone:  (916) 929-7000
Facsimile:  (916) 929-7111

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

In accordance with the parties' Stipulation as set forth above, it is hereby ordered, the parties' oppositions to the respective Motions for Attorneys' Fees shall be due on September 17, 2007. This shall include any supplemental opposition Plaintiffs may wish to submit in response to NEW PLAN'S Motion for Attorneys' Fees. The parties' replies on the motions will be due on October 2, 2007.

The parties' Motion for Attorneys' Fees are set for hearing on October 22, 2007 at 10:00 a.m. No Amended Notices of Motions shall be required of either party.

Dated: September 6, 2007            /s/ OLIVER W. WANGER
                                    UNITED STATES DISTRICT JUDGE

TRAINOR FAIRBROOK
Attorneys At Law
980 Fulton Avenue
SACRAMENTO, CALIFORNIA 95825
Telephone: (916) 929-7000
Facsimile: (916) 929-7111

**STIPULATION AND [PROPOSED] ORDER RE PENDING MOTIONS FOR ATTORNEYS' FEES**                                                          -3-

PDF created with pdfFactory trial version www.pdffactory.com