**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FLAGSHIP WEST LLC, a California limited liability company, MARVIN J. REICHE; KATHLEEN REICHE,** | **1:02-cv-5200 OWW** |
| Plaintiff/Appellees, | **SUPPLEMENTAL SCHEDULING CONFERENCE ORDER FOLLOWING REMAND** |
| v. | Plaintiffs' Opening Brief Filing Deadline: 9/4/09 |
| **EXCEL REALTY PARTNERS, L.P.; a Delaware limited partnership, NEW PLAN EXCEL REALTY TRUST, INC., a Maryland corporation,** | Defendants' Opposition Filing Deadline: 10/2/09 |
| | Plaintiffs' Reply Filing Deadline: 10/16/09 |
| Defendants/Appellants. | Hearing Date: 11/2/09 11:00 Ctrm. 3 |

**I.   Date of Scheduling Conference.**

A Scheduling Conference was held following spreading of the mandate in the District Court on August 12, 2009.  Plaintiffs were represented by John Fairbrook, Esq.  Defendants were represented by Mark E. Kogan, Esq., and Stephen E. Carroll, Esq. After discussion, the following Scheduling Order is entered:

   1.   Plaintiffs shall file their opening brief concerning the issue of the enforceability of the rescission clause of the governing contract on or before September 4, 2009.

1

1 |     2.    Defendants shall file their opposition on or before October 2, 2009.
2 |
3 |     3.    Plaintiffs' reply shall be filed on or before October 16, 2009.
4 |
5 |     4.    The matters shall be heard on November 2, 2009, in Courtroom 3 at 11:00 a.m. Plaintiff shall not raise any new matter in the reply memorandum of law.

IT IS SO ORDERED.

**Dated:   August 13, 2009**                             /s/ Oliver W. Wanger
                                                                        UNITED STATES DISTRICT JUDGE