IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLAGSHIP WEST, LLC, et al., ) <br> ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> ) <br> EXCEL REALTY PARTNERS, L.P., ) <br> et al., ) <br> ) <br> ) <br> Defendants. ) <br> ) <br> _____) | No. CV-F-02-5200 OWW/DLB <br><br> ORDER DENYING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES (Doc. 406) AND DEFENDANT NEW PLAN EXCEL REALTY TRUST, INC.'S MOTION FOR ATTORNEYS' FEES (Doc. 410) WITHOUT PREJUDICE |

Because of the Ninth Circuit's vacation of the Judgment awarding rescission damages to Plaintiffs and remand for determination of the availability of rescission, the motions for attorneys' fees filed by Plaintiffs and by Defendant New Plan Excel Realty Trust, Inc. are DENIED WITHOUT PREJUDICE.  Upon resolution of the rescission issues, the parties may again file their respective motions for attorneys' fees.

IT IS SO ORDERED.

Dated:   September 21, 2009              /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE