# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLAGSHIP WEST, LLC, et al., | CASE NO. CV F 02-5200 LJO DLB |
| Plaintiffs, | **ORDER TO RESPOND TO DEFENDANTS' MOTION FOR SUPERSEDEAS BOND** |
| vs. | |
| EXCEL REALTY PARTNERS, L.P., et al., | |
| Defendants. | |
| _____/ | |

On the basis of good cause, this Court:

1. VACATES the November 9, 2011 hearing on defendants' motion to approve supersedeas bond and to stay enforcement of judgment;

2. ORDERS plaintiffs, no later than October 27, 2011, to file and serve papers to respond to defendants' motion to approve supersedeas bond and to stay enforcement of judgment; and

3. ORDERS defendants to file no reply papers, unless this Court orders otherwise.

Pursuant to its practice, this Court will consider defendants' motion on the record without a hearing and issue an order.

IT IS SO ORDERED.

**Dated:    October 24, 2011              /s/ Lawrence J. O'Neill**

1

UNITED STATES DISTRICT JUDGE