Bond No. K08542405
(SPACE BELOW FOR FILING STAMP ONLY)

Stephen E. Carroll, #116333
McCormick, Barstow, Sheppard, Wayte & Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501
Telephone:  (559) 433-1300
Facsimile:   (559) 433-2300

Mark E. Kogan, #10186
Christopher N. Jones, #81757
Kogan, Trichon, & Wertheimer, P.C.
1818 Market St., 30th Floor
Philadelphia, PA  19103
Telephone:   (215) 575-7600
Facsimile:    (215) 575-7688

Attorneys for Defendants

FILED
NOV 4 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| FLAGSHIP WEST, LLC, a California limited liability company, MARVIN G. REICHE, and KATHLEEN REICHE,<br><br>Plaintiffs,<br><br>v.<br><br>EXCEL REALTY PARTNERS, L.P., a Delaware limited partnership, NEW PLAN EXCEL REALTY TRUST, INC., a Maryland corporation, *et al.*,<br><br>Defendants. | Case No.  1:02 CV 05200 LJO DLB<br><br>**SUPERSEDEAS BOND (SURETY)**<br><br>**Judge Lawrence J. O'Neill** |

### RECITALS

1. A judgment was entered in the above-captioned case on September 28, 2011 in the United States District Court for the Eastern District of California against Appellants, Excel Realty Partners, L.P. ("Excel") and New Plan Excel Realty Trust, Inc. ("New Plan") (collectively "Appellants") and in favor of Appellees, Flagship West LLC, Marvin G. Reiche, and Kathleen Reiche (collectively "Appellees").

KOGAN, TRICHON &
WERTHEIMER, P.C.
1818 MARKET STREET
30TH FLOOR
PHILADELPHIA, PA 19103

SUPERSEDEAS BOND

2. Appellants have filed a timely notice of appeal of this judgment to the United States Court of Appeals for the Ninth Circuit and desire to suspend enforcement of the judgment pending determination of the appeal.

### PROMISE TO PAY

As a result of the facts just recited:

3. Appellants and Westchester Fire Insurance Company ("Surety"), which has an office and usual place of business at 436 Walnut Street, Philadelphia, PA 19106, each undertakes and promises to pay to Appellees all damages, costs, and interest that may be awarded to Appellees following the appeal of this matter up to the sum of $4,400,000.00 if:

    a. the judgment so appealed is affirmed;

    b. the appeal is dismissed; or

    c. Appellants fail to pay promptly all sums awarded against them in or following the appeal in this action, including any costs that the Court of Appeals may award if the judgment is modified.

4. If Appellants fulfill the obligations on appeal set forth above, then this obligation will become void. Otherwise, the obligation will remain in full force and effect.

5. This Supersedeas Bond is subject to all applicable state and federal law.

6. Surety is in compliance with the provisions of 31 U.S.C. §§9304-06.

Dated: November 3, 2011

Signature pages to follow:

KOGAN, TRICHON &
WERTHEIMER, P.C.
1818 MARKET STREET
30TH FLOOR
PHILADELPHIA, PA 19103

2

SUPERSEDEAS BOND

FOR THE PRINCIPALS:

For EXCEL REALTY PARTNERS, L.P.:

By: STEVEN F. SIEGEL as Executive Vice President
of NEW PLAN DRP TRUST, the General Partner
of EXCEL REALTY PARTNERS, L.P.

ACKNOWLEDGMENT

State of New York
County of New York

On October 31, 2011 before me, Gloria Maruffi, personally appeared Steven F. Siegel who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the entity upon behalf of which Steven F. Siegel acted, executed this Supersedeas Bond.

I certify under PENALTY OF PERJURY under the laws of the United States of America that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____   seal

Gloria Maruffi
Notary Public, State of New York
No. 01MA4666416
Qualified in New York County
Commission Expires October 31, 2014

KOGAN, TRICHON &
WERTHEIMER, P.C.
1818 MARKET STREET
30TH FLOOR
PHILADELPHIA, PA 19103

3

SUPERSEDEAS BOND

For **NEW PLAN EXCEL REALTY TRUST, INC.**

By: STEVEN F. SIEGEL as Executive Vice President of BRIXMOR, LLC, the successor by merger to NEW PLAN EXCEL REALTY TRUST, INC.

**ACKNOWLEDGMENT**

State of _New York_
County of _New York_

On October 31, 2011 before me, GLORIA MARUFFI, personally appeared Steven F. Siegel who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the entity upon behalf of which Steven F. Siegel acted, executed this Supersedeas Bond.

I certify under PENALTY OF PERJURY under the laws of the United States of America that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____   seal

Gloria Maruffi
Notary Public, State of New York
No. 01MA4666416
Qualified in New York County
Commission Expires October 31, 2014

KOGAN, TRICHON &
WERTHEIMER, P.C.
1818 MARKET STREET
30TH FLOOR
PHILADELPHIA, PA 19103

4

SUPERSEDEAS BOND

**FOR THE SURETY:**

For **WESTCHESTER FIRE INSURANCE COMPANY**

By: Christopher R. Kelly, Attorney-in-Fact

**ACKNOWLEDGMENT**

State of __Connecticut__
County of __Hartford__

On November __3__, 2011 before me, __Victoria P. Parkerson__ [NAME of ACKNOWLEDGER] personally appeared __Christopher R. Kelly__ [NAME of SIGNATOR] who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed this Supersedeas Bond.

I certify under PENALTY OF PERJURY under the laws of the United States of America that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

seal

VICTORIA P. PARKERSON
NOTARY PUBLIC
MY COMMISSION EXPIRES FEB. 28, 2013

KOGAN, TRICHON &
NERTHEIMER, P.C.
1818 MARKET STREET
30TH FLOOR
PHILADELPHIA, PA 19103

5

**SUPERSEDEAS BOND**

1  APPROVED: _November 4_, 2011
2
3
4  _____
5  Hon. Lawrence J. O'Neill
   U S District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KOGAN, TRICHON &
WERTHEIMER, P.C.
1818 MARKET STREET
30TH FLOOR
PHILADELPHIA, PA 19103

6

SUPERSEDEAS BOND

## Power of Attorney

### WESTCHESTER FIRE INSURANCE COMPANY

Know all men by these presents: That WESTCHESTER FIRE INSURANCE COMPANY, a corporation of the Commonwealth of Pennsylvania pursuant to the following Resolution, adopted by the Board of Directors of the said Company on December 11, 2006, to wit:

"RESOLVED, that the following authorizations relate to the execution, for and on behalf of the Company, of bonds, undertakings, recognizances, contracts and other written commitments of the Company entered into the ordinary course of business (each a "Written Commitment"):

(1) Each of the Chairman, the President and the Vice Presidents of the Company is hereby authorized to execute any Written Commitment for and on behalf of the Company, under the seal of the Company or otherwise.

(2) Each duly appointed attorney-in-fact of the Company is hereby authorized to execute any Written Commitment for and on behalf of the Company, under the seal of the Company or otherwise, to the extent that such action is authorized by the grant of powers provided for in such person's written appointment as such attorney-in-fact.

(3) Each of the Chairman, the President and the Vice Presidents of the Company is hereby authorized, for and on behalf of the Company, to appoint in writing any person the attorney-in-fact of the Company with full power and authority to execute, for and on behalf of the Company, under the seal of the Company or otherwise, such Written Commitments of the Company as may be specified in such written appointment, which specification may be by general type or class of Written Commitments or by specification of one or more particular Written Commitments.

(4) Each of the Chairman, the President and Vice Presidents of the Company is hereby authorized, for and on behalf of the Company, to delegate in writing any other officer of the Company the authority to execute, for and on behalf of the Company, under the Company's seal or otherwise, such Written Commitments of the Company as are specified in such written delegation, which specification may be by general type or class of Written Commitments or by specification of one or more particular Written Commitments.

(5) The signature of any officer or other person executing any Written Commitment or appointment or delegation pursuant to this Resolution, and the seal of the Company, may be affixed by facsimile on such Written Commitment or written appointment or delegation.

FURTHER RESOLVED, that the foregoing Resolution shall not be deemed to be an exclusive statement of the powers and authority of officers, employees and other persons to act for and on behalf of the Company, and such Resolution shall not limit or otherwise affect the exercise of any such power or authority otherwise validly granted or vested."

Does hereby nominate, constitute and appoint Christopher R Kelly, Cindy Chasse, Joanne Czlapinski, John B O'Keefe, Victoria P Parkerson, all of the City of HARTFORD, Connecticut, each individually if there be more than one named, its true and lawful attorney-in-fact, to make, execute, seal and deliver on its behalf, and as its act and deed any and all bonds, undertakings, recognizances, contracts and other writings in the nature thereof in penalties not exceeding Ten million dollars & zero cents ($10,000,000.00) and the execution of such writings in pursuance of these presents shall be as binding upon said Company, as fully and amply as if they had been duly executed and acknowledged by the regularly elected officers of the Company at its principal office.

IN WITNESS WHEREOF, the said Stephen M. Haney, Vice-President, has hereunto subscribed his name and affixed the Corporate seal of the said WESTCHESTER FIRE INSURANCE COMPANY, this 19 day of January, 2011.

WESTCHESTER FIRE INSURANCE COMPANY

Stephen M. Haney, Vice President



COMMONWEALTH OF PENNSYLVANIA
COUNTY OF PHILADELPHIA ss.

On this 19 day of January, AD. 2011 before me, a Notary Public of the Commonwealth of Pennsylvania in and for the County of Philadelphia came Stephen M. Haney, Vice-President of the WESTCHESTER FIRE INSURANCE COMPANY to me personally known to be the individual and officer who executed the preceding instrument, and he acknowledged that he executed the same, and that the seal affixed to the preceding instrument is the corporate seal of said Company; that the said corporate seal and his signature were duly affixed by the authority and direction of the said corporation, and that Resolution, adopted by the Board of Directors of said Company, referred to in the preceding instrument, is now in force.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal at the City of Philadelphia the day and year first above written.



COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
KAREN E. BRANDT, Notary Public
City of Philadelphia, Phila. County
My Commission Expires September 25, 2014

Notary Public

I, the undersigned Assistant Secretary of the WESTCHESTER FIRE INSURANCE COMPANY, do hereby certify that the original POWER OF ATTORNEY, of which the foregoing is a substantially true and correct copy, is in full force and effect.

In witness whereof, I have hereunto subscribed my name as Assistant Secretary, and affixed the corporate seal of the Corporation, this 3rd day of November 2011.



William L. Kelly, Assistant Secretary

THIS POWER OF ATTORNEY MAY NOT BE USED TO EXECUTE ANY BOND WITH AN INCEPTION DATE AFTER January 19, 2013.

THE BACK OF THIS DOCUMENT LISTS VARIOUS SECURITY FEATURES THAT WILL PROTECT AGAINST COPY COUNTERFEIT AND ALTERATION.

STATE OF CALIFORNIA
**DEPARTMENT OF INSURANCE**
SAN FRANCISCO

N° 08847

## Certificate of Authority
*Amended*

THIS IS TO CERTIFY THAT, *Pursuant to the Insurance Code of the State of California,*

Westchester Fire Insurance Company

of       Pennsylvania       , *organized under the*
*laws of*   Pennsylvania       , *subject to its Articles of Incorporation or other fundamental organizational documents, is hereby authorized to transact within the State, subject to all provisions of this Certificate, the following classes of insurance:*

Fire, Marine, Surety, Plate Glass, Liability, Workers' Compensation,

Common Carrier Liability, Boiler and Machinery, Burglary, Credit, Sprinkler,

Team and Vehicle, Automobile, Aircraft, and Miscellaneous

*as such classes are now or may hereafter be defined in the Insurance Laws of the State of California.*

THIS CERTIFICATE *is expressly conditioned upon the holder hereof now and hereafter being in full compliance with all, and not in violation of any, of the applicable laws and lawful requirements made under authority of the laws of the State of California as long as such laws or requirements are in effect and applicable, and as such laws and requirements now are, or may hereafter be changed or amended.*

IN WITNESS WHEREOF, *effective as of the* ___1st___
*day of* ___January___, ___2011___, *I have hereunto set my hand and caused my official seal to be affixed this* ___2nd___ *day of* ___December___, ___2010___.



Steve Poizner
*Insurance Commissioner*

By

For Jesse Huff
Susan J. Stapp
Chief Deputy

**NOTICE:**
Qualification with the Secretary of State must be accomplished as required by the California Corporations Code promptly after issuance of this Certificate of Authority. Failure to do so will be a violation of Insurance Code Section 701 and will be grounds for revoking this Certificate of Authority pursuant to the covenants made in the application therefor and the conditions contained herein.

**WESTCHESTER FIRE INSURANCE COMPANY**

**FINANCIAL STATEMENT**                                           **DECEMBER 31, 2010**

### ADMITTED ASSETS

| | |
|---|---:|
| BONDS | $1,938,869,567 |
| SHORT - TERM INVESTMENTS | 25,097,524 |
| STOCKS | 0 |
| REAL ESTATE | 0 |
| CASH ON HAND AND IN BANK | 13,073 |
| PREMIUM IN COURSE OF COLLECTION* | 40,638,352 |
| INTEREST ACCRUED | 17,732,232 |
| OTHER ASSETS | 163,640,708 |
| TOTAL ASSETS | $2,185,991,456 |

### LIABILITIES

| | |
|---|---:|
| RESERVE FOR UNEARNED PREMIUMS | $171,505,173 |
| RESERVE FOR LOSSES | 1,143,301,406 |
| RESERVE FOR TAXES | 0 |
| FUNDS HELD UNDER REINSURANCE TREATIES | 0 |
| OTHER LIABILITIES | (5,252,361) |
| TOTAL LIABILITIES | 1,309,554,218 |

| | |
|---|---:|
| CAPITAL: 928,592 SHARES, $4.85 PAR VALUE | 4,503,671 |
| CAPITAL: PAID IN | 189,413,813 |
| AGGREGATE WRITE-INS FOR SPECIAL SURPLUS FUNDS | 96,216,781 |
| SURPLUS (UNASSIGNED) | 586,302,973 |
| SURPLUS TO POLICYHOLDERS | 876,437,238 |
| TOTAL | $2,185,991,456 |

(*EXCLUDES PREMIUM MORE THAN 90 DAYS DUE.)

**STATE OF PENNSYLVANIA**

**COUNTY OF PHILADELPHIA**

John P. Taylor, being duly sworn, says that he is Vice President of Westchester Fire Insurance Company and that to the best of his knowledge and belief the foregoing is a true and correct statement of the said Company's financial condition as of the 31 st day of December, 2010.

Sworn before me this  April 12, 2011

Vice President

Notary Public                                                          August 8, 2011
                                                                       My commission expires

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Diane Wright, Notary Public
City of Philadelphia, Philadelphia County
My Commission Expires Aug. 8, 2011
Member, Pennsylvania Association of Notaries