**(SPACE BELOW FOR FILING STAMP ONLY)**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| FLAGSHIP WEST, LLC, a California limited liability company, MARVIN G. REICHE, and KATHLEEN REICHE,<br><br>Plaintiffs,<br><br>v.<br><br>EXCEL REALTY PARTNERS, L.P., a Delaware limited partnership, NEW PLAN EXCEL REALTY TRUST, INC., a Maryland corporation, *et al*.,<br><br>Defendants. | Case No.  1:02 CV 05200 LJO SAB<br><br>**ORDER TO ADJOURN STATUS CONFERENCE** |

And now, upon consideration of the Joint Stipulation to Adjourn Status Conference filed by counsel for Plaintiffs, Flagship West LLC, Marvin G. Reiche, and Kathleen Reiche ("Plaintiffs") and for Defendants, Excel Realty Partners LP and Brixmor LLC, as successor in

interest to New Plan Excel Realty Trust, Inc. ("Defendants"), the status conference scheduled for September 12, 2013 at 10:00 a.m. is adjourned and will be rescheduled, if necessary, after October 1, 2013.

IT IS SO ORDERED.

Dated:  **September 11, 2013**

UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28