TRAINOR FAIRBROOK
JOHN D. FAIRBROOK (SBN 105115)
980 Fulton Avenue
Sacramento, California 95825
Telephone: (916) 929-7000
Facsimile: (916) 929-7111
jfairbrook@trainorfairbrook.com
jms:3807.004.1137645.1

Attorneys for Plaintiffs
FLAGSHIP WEST, LLC, MARVIN G. REICHE
and KATHLEEN REICHE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (FRESNO)

| | |
|---|---|
| FLAGSHIP WEST, LLC, a California limited liability company, MARVIN G. REICHE, and KATHLEEN REICHE,<br><br>Plaintiffs,<br><br>v.<br><br>EXCEL REALTY PARTNERS, L.P., a Delaware limited partnership, NEW PLAN EXCEL REALTY TRUST, INC., a Maryland corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 1:02-CV-05200-LJO-DLB<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 41(a)(A)(ii)** |

**STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 41(a)(A)(ii)**

-1-

It is hereby stipulated by and between **FLAGSHIP WEST LLC and MARVIN G. REICHE** and **KATHLEEN REICHE** ("**PLAINTIFFS**") and **EXCEL REALTY PARTNERS LP** and **BRIXMOR LLC**, as successor in interest to **NEW PLAN EXCEL REALTY TRUST, INC.** (collectively "**DEFENDANTS**"), that the Second Amended Complaint filed by Plaintiffs and all claims asserted therein, be DISMISSED WITH PREJUDICE.

**IT IS SO STIPULATED:**

Dated: September 11, 2013    TRAINOR FAIRBROOK

By: /s/ John D. Fairbrook
JOHN D. FAIRBROOK, Attorneys for Plaintiffs

Dated: September 19, 2013    /s/ Christopher N. Jones
CHRISTOPHER N. JONES, Attorney for Defendants

**ORDER**

Based on the stipulation of the parties pursuant to Federal Rule of Civil Procedure, Rule 41(a)(A)(ii), Plaintiffs' Second Amended Complaint and all claims asserted therein are hereby **DISMISSED WITH PREJUDICE.** The clerk is directed to close this action.

IT IS SO ORDERED.

Dated: **September 19, 2013**     **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE