1  TRAINOR FAIRBROOK
   JOHN D. FAIRBROOK (SBN 105115)
2  980 Fulton Avenue
   Sacramento, California  95825
3  Telephone:  (916) 929-7000
   Facsimile:  (916) 929-7111
4  jfairbrook@trainorfairbrook.com
   jms:3807.004.1137645.1
5

6  Attorneys for Plaintiffs
   FLAGSHIP WEST, LLC, MARVIN G. REICHE
7  and KATHLEEN REICHE

8                UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA (FRESNO)

| | |
|---|---|
| FLAGSHIP WEST, LLC, a California limited liability company, MARVIN G. REICHE, and KATHLEEN REICHE,<br><br>Plaintiffs,<br><br>v.<br><br>EXCEL REALTY PARTNERS, L.P., a Delaware limited partnership, NEW PLAN EXCEL REALTY TRUST, INC., a Maryland corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.:  1:02-CV-05200-LJO-DLB<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 41(a)(A)(ii)** |

**STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 41(a)(A)(ii)**   -1-

It is hereby stipulated by and between **FLAGSHIP WEST LLC and MARVIN G. REICHE** and **KATHLEEN REICHE** (collectively "**PLAINTIFFS**") and **EXCEL REALTY PARTNERS LP** and **BRIXMOR LLC**, as successor in interest to **NEW PLAN EXCEL REALTY TRUST, INC.** (collectively "**DEFENDANTS**"), that the Second Amended Complaint filed by Plaintiffs and all claims asserted therein, be DISMISSED WITH PREJUDICE.

**IT IS SO STIPULATED:**

Dated:  September 11, 2013                                TRAINOR FAIRBROOK

                                                          By:  /s/ John D. Fairbrook
                                                          JOHN D. FAIRBROOK, Attorneys for
                                                          Plaintiffs

Dated:  September 19, 2013                                /s/ Christopher N. Jones
                                                          CHRISTOPHER N. JONES, Attorney for
                                                          Defendants

### ORDER

Based on the stipulation of the parties pursuant to Federal Rule of Civil Procedure, Rule 41(a)(A)(ii), Plaintiffs' Second Amended Complaint and all claims asserted therein are hereby **DISMISSED WITH PREJUDICE.**  The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:  **September 19, 2013**                            **/s/ Lawrence J. O'Neill**
                                                          UNITED STATES DISTRICT JUDGE